```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X
ANN MARIE CONTI,

              Plaintiff,
                                          ORDER ADOPTING REPORT &
                                          RECOMMENDATION
         -against-                        06-CV-0765(JS)(MLO)

ROSE KOPP and ROSE ANN SCHWAB,

              Defendants.
----------------------------------------X
Appearances:

For Plaintiff:          Ann Marie Conti, pro se
                        P.O. Box 2471
                        Ronkonkoma, NY 11779

For Defendants:
Kopp                    Rose Kopp, pro se
                        555 University Avenue, Apt 3404
                        Honolulu, HI 96826

Schwab                  Rose Ann Schwab, pro se
                        5533 Toledo Ave N.
                        Minneapolis, MN 55429
```

SEYBERT, District Judge:

Upon review of the Report and Recommendation ("Report") of Magistrate Judge Michael L. Orenstein issued April 12, 2007, to which no party has objected, the Court hereby ADOPTS the Report in its entirety.

Magistrate Judge Orenstein's Report and Recommendation provided that any objections were to be filed with the Clerk of the Court within ten days of the date of the Report. The time for filing objections has expired and no Party has objected. Accordingly, all objections are hereby deemed to have been waived.

The Court ADOPTS the Report in its entirety and ORDERS that Plaintiff's and Defendant Schwab's respective motions to reopen this action are DENIED.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
May 24 , 2007